UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YOSCABEL MARTINEZ,<br><br>                              Plaintiff,<br><br>                -v.-<br><br>COLLINS BUILDING SERVICES, INC.,<br><br>                              Defendant. | 24 Civ. 6433 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 16, 2024, the Court held a pre-motion conference to discuss Defendant's anticipated motion to compel arbitration and dismiss. The Court referred Ms. Martinez to the *pro se* legal assistance clinic.

The Court set the following deadlines in this case. Plaintiff's amended complaint is due on or before **January 31, 2025**. Defendant's status letter regarding its position on how it intends to answer or otherwise respond to the amended complaint is due on or before **February 14, 2025**.

The Court ordered Defendant to order and send a copy of the conference transcript to Defendant.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the following address: Yoscabel Martinez, 995 Simpson Street Apt 3-H Bronx, New York 10459.

SO ORDERED.

Dated:   October 18, 2024
         New York, New York

                                                            _____
                                                            KATHERINE POLK FAILLA
                                                            United States District Judge