UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEW YORK, NEW YORK

YOSCABEL MARTINEZ,
Plaintiff pro se,
v.
COLLINS BUILDING SERVICES, INC. (CBS),
Defendant.
Case No. 1:24-cv-6433 -KPF
Hon. Katherine Polk Failla

**MEMO ENDORSED**

PLAINTIFF'S MOTION FOR A JUDICIAL DECLARATION OF WAIVER OF ARBITRATION AND REASSUMPTION OF JURISDICTION DUE TO DEFENDANT'S DEFAULT
TO THE HONORABLE JUDGE KATHERINE POLK FAILLA:

Plaintiff pro se, Yoscabel Martinez, respectfully addresses this Honorable Court to formally request that Your Honor declare the forfeiture and permanent Waiver of Defendant's right to proceed through private arbitration, and immediately resume full jurisdiction over this civil labor action due to Defendant's total non-compliance and default.

In support of this Motion, Plaintiff respectfully states:
On July 27, 2026, this Court issued a clear and unambiguous Order (Docket No. 38) directing the parties to provide a joint status update regarding the arbitration process on or before October 27, 2026.

As of today, Defendant Collins Building Services, Inc. (CBS) has failed to file any update, has remained in complete and unjustified procedural paralysis for more than six consecutive weeks, and has directly breached this Court's mandate to proceed promptly (Docket No. 33).

Plaintiff pro se has acted with absolute diligence throughout this litigation, whereas Defendant has operated in severe procedural bad faith, utilizing private arbitration as an obstructive wall to economically exhaust a vulnerable worker who relies on public assistance such as SNAP and Medicaid.

To ensure that the record fully reflects the extreme bad faith, retaliatory actions, and severe harm inflicted by Defendant, Plaintiff respectfully attaches her comprehensive Letter in Opposition as Exhibit A to this Motion.

Exhibit A explicitly details Defendant's illegal actions, including the wrongful termination under certified medical leave, the intentional withholding of disability benefits, the immediate clinical

Exhibit A explicitly details Defendant's illegal actions, including the wrongful termination under certified medical leave, the intentional withholding of disability benefits, the immediate clinical deprivation of health insurance that forced Plaintiff to seek Emergency Medicaid, and the severe psychological and physical harm caused by Defendant's tactics.

CONCLUSION AND REQUEST FOR RELIEF

For the reasons set forth herein and extensively detailed in Exhibit A, Plaintiff respectfully requests that this Honorable Court:

DECLARE A WAIVER of Defendant's right to arbitrate due to their complete default and structural abandonment of the process.

REASSUME ABSOLUTE JURISDICTION over this case, returning it permanently to Your Honor's desk.

ORDER AN ASSESSMENT OF DAMAGES to judicially calculate back pay, cash compensation for accrued vacation and unused personal days, unpaid sick days, full payment of withheld disability benefits, and the award of substantial compensatory and punitive damages for the severe physical, financial, and psychological suffering inflicted upon the Plaintiff, as formally requested in Exhibit A.

Respectfully submitted,

Yoscabel Martinez
Plaintiff pro se
995 Simpson St, Apt 3H
Bronx, NY 10459
yocastam19@gmail.com
347-814-4577

The Court is in receipt of Defendant's status report, dated October 27, 2026 (Dkt. #41) and Plaintiff's motion for a judicial declaration of waiver of arbitration due to Defendant's default (Dkt. #42).

Plaintiff argues that Defendant is in default of this Court's order directing the parties to submit a joint status update on or before October 27, 2026 (Dkt. #38). Defendant timely submitted that update.(Dkt. #41).

Accordingly, Plaintiff's motion is DENIED. Plaintiff is instructed that any disputes regarding Defendant's compliance or non-compliance with arbitral rules should be raised with the arbitral body in the first instance.

The parties are directed to provide a joint status update on arbitration on or before **January 15, 2027**.

The Clerk of Court is directed to terminate the motion at docket entry 42.

Dated: October 29, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE